NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SWAGWAY, LLC,**
*Appellant*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**SEGWAY, INC., DEKA PRODUCTS LIMITED PARTNERSHIP, NINEBOT (TIANJIN) TECHNOLOGY CO., LTD.,**
*Intervenors*

---

2018-1672

---

Appeal from the United States International Trade Commission in Investigation Nos. 337-TA-1007, 337-TA-1021.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, AND STOLL, *Circuit Judges*.

PER CURIAM.

# O R D E R

Intervenors Segway, Inc., DEKA Products Ltd. Partnership, and Ninebot (Tianjin) Technology Co., Ltd. filed a combined petition for panel rehearing and rehearing en banc on June 10, 2019. Responses to the petition were invited by the court and filed by Appellee International Trade Commission and Appellant Swagway, LLC. The petition was referred to the panel that heard the appeal and was thereafter referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for panel rehearing is granted in part and denied in part. See accompanying order.

2) The petition for rehearing en banc is denied.

3) The mandate of this court will issue on October 7, 2019.

FOR THE COURT

August 14, 2019                    /s/ Peter R. Marksteiner
      Date                         Peter R. Marksteiner
                                  Clerk of Court